| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

| GARY WALKER and WALKER HOME #4, LLC, | § § § |
| *Plaintiffs*, | § § |
| *versus* | § § | CIVIL ACTION NO. 1:22-CV-350-MAC |
| CENTURY SURETY COMPANY, | § § § |
| *Defendant*. | § § |

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b)(1)(A) and the Local Rules for the United States District Court, Eastern District of Texas, Appendix B, the court referred this matter to United States Magistrate Judge Christine L. Stetson for consideration of pretrial matters and proceedings.  On July 18, 2023, the Magistrate Judge entered a Report and Recommendation (#31) in which she recommended that Defendant's Motion for Summary Judgment (#24) be granted and all claims against Defendant be dismissed.  To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#31) is **ADOPTED**.   Defendant's Motion for Summary Judgment (#24) is **GRANTED**. Plaintiffs' claims against Defendant are **DISMISSED**.

SIGNED at Beaumont, Texas, this 10th day of August, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE